```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 24080
    DEBRA MARIE CLAY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5701


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/11/2008 and was not confirmed.

      The case was dismissed without confirmation 11/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED NOT I    12920.60          .00            .00
EMC MORTGAGE             CURRENT MORTG         .00          .00            .00
EMC MORTGAGE             UNSECURED       NOT FILED          .00            .00
EMC MORTGAGE             MORTGAGE ARRE    30274.66          .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED         3664.00          .00            .00
PEDIATRIC ASSOCIATES PC  UNSECURED       NOT FILED          .00            .00
ADVOCATE CHRIST MEDICAL  UNSECURED       NOT FILED          .00            .00
ACCOUNTS RECEIVABLE MANA UNSECURED       NOT FILED          .00            .00
ILLINOIS TOLLWAY AUTHORI UNSECURED       NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED       NOT FILED          .00            .00
ASCENSION RECOVERY       UNSECURED       NOT FILED          .00            .00
EMC MORTGAGE CORPORATION MORTGAGE NOTI   NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED        10614.27          .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------       --------------
TOTALS                       .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |